# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JUDITH SILVERMAN ; <br> RICK SILVERMAN, HER HUSBAND | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
| STATE FARM MUTUAL AUTOMOBILE <br> INSURANCE COMPANY | : | NO.   18-727 |

## CIVIL JUDGMENT

BEFORE   HONORABLE J. CURTIS JOYNER

      AND NOW, this   19TH day of August   , 2019, it appearing that an Arbitration Award was entered and filed on July 10, 2019, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiffs and against Defendant in the amount of $100,000.

ATTEST:         OR        BY THE COURT:

By:_____                       S/J. CURTIS JOYNER
Deputy Clerk                                 J. CURTIS JOYNER, J.

ARB 16